McLees et al. *v.* Morrison.

———

THOMAS MCLEES ET AL. *v.* SAMUEL L. MORRISON.

MOTION for leave to file a petition in error to the District Court of Muskingum county.

*M. M. Granger,* for the motion.
*Evans & Beard,* contra.

BY THE COURT. Under section 113 of the justices' code (S. & S. 419), which makes it the duty of the appellant to file the transcript with the clerk of the court of common pleas " on or before the thirtieth day from the rendition of the judgment appealed from," if said thirtieth day falls on Sunday the transcript can not be filed on the next succeeding day, the provisions of section 597 of the code of civil procedure not being applicable in such cases, but only applicable to cases provided for in the code of civil procedure itself.

*Motion overruled.*